AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN          DISTRICT OF          NEW YORK

GUZMAN TAVERAZ

v.

CITY OF NEW YORK, et al.

APPEARANCE

Case Number: 08 CV 2450 (DC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

the City of New York and Police Commissioner Raymond Kelly.

I certify that I am admitted to practice in this court.

March 31, 2008
Date

Signature

Robyn N. Pullio           RP 7777
Print Name                Bar Number

100 Church Street
Address

New York, N.Y. 10007
City           State           Zip Code

(212) 788-1090           (212) 788-9776
Phone Number             Fax Number