UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET NEW YORK, N.Y. 10007

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____            │
│ DATE FILED: __8/11/08__          │
└─────────────────────────────────┘
```

J. Michael McMahon
Clerk of the Court

- - - - - - - - - - - - - - - - - - - - - - - - - x

Guzman Taveraz,

                    Plaintiff(s),                  08 Civ. 2450 (DC)

               - against -

City of New York, et al.,

                    Defendant(s).

- - - - - - - - - - - - - - - - - - - - - - - - - x

        The above-captioned action has been assigned to Judge Denny Chin.

        Counsel for both sides are directed to attend a pretrial conference for the purpose of determining the status of the case, setting a discovery schedule, fixing a trial date, and discussing possible settlement.

        This conference will be held on August 26, 2008 at 11:30 A.M., in Room 11A of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

        Please review Judge Chin's Rules and Procedures in Civil Cases, located at www.nysd.uscourts.gov/Individual_Practices/Chin.pdf, as well as the Court rules on electronic filing in ECF cases, located at www.nysd.uscourts.gov/cmecf/cmecfindex.htm.

        **Please send a copy of this notice to your adversary**, and mail a copy of a transmittal letter to the undersigned. All communication regarding scheduling should be directed to Judge Chin's courtroom deputy.

Dated:      New York, New York
            August 11, 2008

                               Sincerely,

                               David Tam
                               Courtroom Deputy Clerk
                               U.S.D.C. - S.D.N.Y.
                               500 Pearl Street, Rm. 1020
                               New York, New York 10007
                               (212) 805-0096