```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
GUZMAN TAVERAZ,                     :
                Plaintiff,          :    ORDER
        - against -                 :    08 Civ. 2450 (DC)
NEW YORK CITY POLICE DEPT. et al.,  :
                Defendants.         :
- - - - - - - - - - - - - - - - - -x
```

**CHIN, District Judge**

       The Court held a conference in this case today.

       (1)  As plaintiff consents to their dismissal, defendants New York City Police Department and Police Commissioner Ray Kelly are dismissed from the case.

       (2)  Plaintiff shall serve the individual defendants, if he has not done so already, by October 6, 2008.

       (3)  All discovery, fact and expert, shall be completed by March 6, 2009, and the Court will hold a pretrial conference on that day at 10:00 a.m.

       SO ORDERED.

Dated:    New York, New York
           September 5, 2008

                                          DENNY CHIN
                                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/5/08